Kristen Chambers OSB 130882
Kirklin Thompson & Pope LLP
1000 SW Broadway, Suite 1616
Portland, OR 97205-3035
(503) 222-1640
kristen@ktp-law.com

Attorneys for Plaintiffs Loren and Valerie Kruesi

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| *Loren and Valerie Kruesi,* individuals, <br><br> Plaintiffs, <br><br> v. <br><br> *Linn County,* a municipal corporation; and <br><br> *Bruce Davis; David Snippen; and Rick Campbell,* individuals in their individual capacities, <br><br> Defendants. | Case No. 6:14-cv-01465-TC <br><br> **Stipulation to Filing of Plaintiffs' Fifth Amended Complaint** |

Pursuant to Fed. R. Civ. Pro. 15(a)(2), Defendants consent to the filing of Plaintiffs' Fifth Amended Complaint.

Dated April 10, 2015.

Respectfully submitted,

KIRKLIN THOMPSON & POPE LLP

_____
Kristen Chambers OSB 130882

Attorneys for Plaintiffs
Loren and Valerie Kruesi

/s/ Gerald Warren
Gerald Warren OSB 814146

        Attorney for Defendants Linn County, Bruce Davis, David Snippen, and Rick Campbell

**Stipulation to Filing of Plaintiffs' Fifth Amended Complaint**
Page 1

# Certificate of Service

I certify that on April 10, 2015, I caused to be served a copy of the foregoing **Stipulation to Filing of Plaintiffs' Fifth Amended Complaint** by CM/ECF and mail on the following person:

Gerald L. Warren
Law Office of Gerald Warren
901 Capitol St. NE
Salem, OR 97301
gwarren@geraldwarrenlaw.com

    Attorney for Defendants Linn County, Bruce Davis, David Snippen, and Rick Campbell

_/s/ Kristen Chambers_____
Kristen Chambers

**Certificate of Service**

KIRKLIN THOMPSON & POPE LLP
1000 SW Broadway, Suite 1616, Portland, OR 97205-3035
(TEL) 503-222-1640  (FAX) 503-227-5251  www.ktp-law.com