# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

LOREN & VALERIE KRUESI,

          **Plaintiffs,**

      v.                                    Civil No.6:14-cv-01465-TC

LINN COUNTY, a municipal corporation; and BRUCE DAVIS; DAVID SNIPPEN; & RICK CAMPBELL, individuals in their individual capacities,

          **Defendants.**

# JUDGMENT

This action is dismissed.

Dated: October 6, 2015

          MARY L. MORAN, Clerk

          by /s/ R. Henshaw
            R. Henshaw, Deputy Clerk

**JUDGMENT**